UNITED STATES COURT OF APPEAL

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NATALIE PAPPAS, an individual, on her own behalf, on behalf of the general public, and on behalf of all other similarly situated,<br><br><br><br>              Plaintiff - Appellee,<br><br>NAKED JUICE CO. OF GLENDORA, INC., a California Corporation,<br><br>           Defendant.<br><br>   v.<br><br>ADAM A. ANDERSEN,<br><br>          Objector – Appellant. | Case No.: 14-55152<br><br>D.C. No. 2:11-cv-08276-JAK-PLA<br>U.S. District Court for Central California, Los Angeles<br><br>**MOTION TO VOLUNTARILY DISMISS APPEAL** |

Pursuant to Federal Rule of Appellate Procedure 42(b), appellant hereby move the Court for an order dismissing the above captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.


DATED: April 21, 2014              KRON & CARD LLP



                       By:   /s/ Scott A. Kron
                              SCOTT A. KRON, ESQ.
                              Attorneys for Objector/Appellant
                              Adam Andersen

| 9th Circuit Case Number(s) | 14-55152 |
|---|---|

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 4/21/2014 .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | /s/ Scott A. Kron

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
### When <u>Not</u> All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) .

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)